FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS** 2015 MAR 12  PM 3 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

GINA M. ALONGI, as she is ADMINISTRATOR,
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 4 HEALTH AND WELFARE,
PENSION, ANNUITY AND SAVINGS FUNDS,
LABOR-MANAGEMENT COOPERATION TRUST, and
HOISTING AND PORTABLE ENGINEERS LOCAL 4
APPRENTICE AND TRAINING FUND,
        Plaintiffs,

           vs.

R&M EXCAVATION DB, INC. and
DAVID BERTRAND, Individually,
        Defendants.

C.A. No. 14-12811 MLW

## PLAINTIFFS' MOTION FOR ORDER OF SERVICE BY PUBLICATION

Plaintiffs Gina M. Alongi, as she is Administrator, International Union of Operating

Engineers Local 4 Health and Welfare Fund, *et al.*, respectfully move this honorable Court for an

Order of Service by Publication. In support of this request, Plaintiffs state as follows:

    1. The Sheriff's Office has been unable to locate Defendant David Bertrand, who is

also the president and owner of Defendant R&M Excavation DB, Inc. See Exhibit A.

Neither party has appeared voluntarily in this action.

    WHEREFORE, Plaintiffs move this Court to enter an Order for Service by Publication,

substantially in the form of the Proposed Order filed with the instant Motion.

                        Respectfully submitted,

ALLOWED
Wolf, D.J.
March 11, 2014

                        GINA M. ALONGI, as she is
                        ADMINISTRATOR, INTERNATIONAL
                        UNION OF OPERATING ENGINEERS
                        LOCAL 4 HEALTH AND WELFARE,

PENSION, AND ANNUITY AND
SAVINGS FUNDS, *et al.*,

By their attorneys,

/s/Gregory A. Geiman
Gregory A. Geiman
BBO #655207
I.U.O.E. Local 4 Trust Funds
16 Trotter Drive
Medway, MA  02053
(508) 533-1400 x140
ggeiman@local4funds.org

Dated:  October 27, 2014

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 14-7879-CP

GINA ALONGI V. BERTRAND, D & R&M EXCAVATION DB, INC.

HILLSBOROUGH, SS                                    07/17/2014

IT HAS BEEN DETERMINED THAT THERE WAS A NON-EST SERVICE OF THIS WRIT
ON DAVID BERTRAND FOR THE FOLLOWING REASON: MOVED NO FORWARDING; ADDRESSES
PROVIDED DO NOT EXIST.  DEFENDANT IS ALSO NOT AT 52 BRIDGE ST.


DEPUTY SHERIFF M. MERRIFIELD