FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 MAR 12  PM 3 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GINA M. ALONGI, as she is ADMINISTRATOR, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, ANNUITY AND SAVINGS FUNDS, LABOR-MANAGEMENT COOPERATION TRUST, and HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUND, Plaintiffs, vs. R&M EXCAVATION DB, INC. and DAVID BERTRAND, Individually, Defendants. | C.A. No. 14-12811 MLW |

## ORDER OF SERVICE BY PUBLICATION

WHEREAS the Plaintiffs in the above-captioned action have represented to this Court that the Defendants R&M Excavation DB, Inc. and David Bertrand cannot be located, that their whereabouts are unknown, that personal service on them is therefore not practicable, that they have not voluntarily appeared in this action, and that therefore service on them must be made by publication;

It is hereby ordered that said Defendants R&M Excavation DB, Inc. and David Bertrand are directed to appear, plead, answer, or otherwise move with respect to the Complaint herein, on or before the 1st day of May, 2014 [14 days after the third and final date of publication of the Summons described below] as may. If the Defendants fail to do so, this Court will proceed to a hearing and/or adjudication of this matter.

It is further ordered that the accompanying Summons be published once a week for three consecutive weeks in the Nashua Telegraph, a newspaper distributed in Nashua, New Hampshire, the last-known place of business of the Defendant company. The final publication is to appear no later than seven (7) days before the aforementioned date. The publication shall be proved by affidavit of counsel containing a particular statement thereof, accompanied by copies of the newspaper containing all three publications.

SO ORDERED.

                                                              The Honorable Mark L. Wolf
                                                              United States District Court

Dated: March 11, 2015